```
            UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

<u>Brescia</u>

       v.                          Civil No. 13-cv-4-PB

<u>UBS Financial Services Inc.</u>

<u>O R D E R</u>

I hereby recuse myself from presiding over this case as Attorney Kenneth Bartholomew has filed an appearance on behalf of the defendant.

    SO ORDERED.

                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

Date: January 15, 2013

cc:  Counsel of Record