UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GLEN BRESCIA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>　　　　　　　Defendant.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>　　　　　　　Interpleader Plaintiff,<br><br>　　　v.<br><br>GLEN BRESCIA and THE ESTATE OF TONI ANN BRESCIA (ARESCO),<br><br>　　　　　　　Interpleader Defendants. | CIVIL ACTION NO. 1:13--cv-4-JL |

**AMENDMENT TO PROPOSED CONSENT ORDER**
**FOR INTERPLEADER AND OTHER RELIEF**

**THIS MATTER**, having been brought before the Court upon the joint application of the parties, and for good cause shown;

**IT IS** on this __28th__ day of __March__, 2013:

1.　　**ORDERED** that the monies to be deposited with the Court by Defendant and Interpleader Plaintiff UBS Financial Services Inc. ("UBS") pursuant to and consistent with the Court's prior Order on Proposed Consent Order for Interpleader and Other Relief shall be deposited in the Court Registry Investment System ("CRIS") pursuant to Local Rule 67.2.b; and it is further

1

2. **ORDERED** that all of the terms and conditions of the previously approved Consent Order for Interpleader and Other Relief shall remain in full force and effect.

                                                                                             /s/ Daniel J. Lynch
                                                        Daniel J. Lynch, U.S. Magistrate Judge

Consent is hereby given to the form, substance and entry of this Order:

**UBS FINANCIAL SERVICES INC.**

By Their Attorneys,

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP

    and

RATH, YOUNG and PIGNATELLI, P.C.
One Capital Plaza
Concord, NH 03302
Email: kcb@rathlaw.com

Dated: March 28, 2013        By: /s/ Kenneth C. Bartholomew, Esq.
                                                   Kenneth C. Bartholomew, Esq.
                                                   NH Bar No. 12067

**GLEN BRESCIA**

By His Attorneys,

BUCKLEY LAW OFFICE
25 Riverside Street, Suite 104
Nashua, NH 03062
dbuckley@buckleylawoffices.com

Dated: March 28, 2013        By: /s/ David Buckley, Esq.
                                                   David Buckley, Esq.
                                                 NH Bar No. 10690

**ESTATE OF TONI ANN BRESCIA (ARESCO)**

By Its Attorneys,

Patrick E. Donovan
Law Office of Patrick E. Donovan, PLLC
23 Main Street
Salem, NH 03079
pdonovan@donovanlaw.com


Dated:  March 28, 2013            By:   /s/ Patrick E. Donovan, Esq.
                                         Patrick E. Donovan, Esq.
                                         NH Bar No. 8532